

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2023

No. 04-22-00879-CV

**IN THE INTEREST OF A.G.B., G.A.B., AND J.M.B**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01692
Honorable Aaron Haas, Judge Presiding

# O R D E R

   Counsel for appellant M.B. has filed a motion to re-set due date for brief. We construe appellant M.B.'s motion as a motion for a twenty-day extension of time. After consideration, we GRANT appellant M.B.'s motion and ORDER appellant M.B. to file her brief by February 27, 2023. Counsel is reminded that this is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

   It is so **ORDERED** February 7, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT